**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

**Order Filed on June 18, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Gregory A. Antun, | Case No. 18-35011-JKS |
|  | Hearing Date: June 13, 2019 |
| Debtor. | Judge: John K. Sherwood |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Gregory A. Antun
Case No.: 18-33072-VFP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the personal property described as **2015 Toyota Corolla Sedan 4D L I4; VIN: 2T1BURHE8FC344188** ("Vehicle") provided that the Debtor complies with the following:

    a. The Debtor shall resume making regular monthly payments in the amount of $375.99 as they become due beginning with the June 2019 payment;

    b. The Debtor shall cure the arrearage amount of $1,875.94 by making 6 weekly payments in the amount of $300.00 per week beginning on June 7, 2019 and a payment of $75.94 within the week thereafter.

2. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph. If Debtors fail to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing the repossession and sale of the motor vehicle without regard to any future conversion of this mater to a different form of bankruptcy.

3. The Debtor may default and cure the default under the Consent Order only one. If the Debtor defaults a second time, Movant may serve a notice of default but the Debtor will not be granted an opportunity to cure the default.

4. The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

5. The Debtor waives the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3).

We hereby Consent to the form and entry of the foregoing Order.

Russell L. Low. Esq.
Low and Low, LLC
505 Main Street
Hackensack, NJ 07601

Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33626

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-35011-JKS
Gregory A. Antun                                                Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Gregory A. Antun,    419 Greylock Parkway,    Belleville, NJ 07109-2349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A. gavin@stewartlegalgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Gregory A. Antun rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7