Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−35011−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory A. Antun
   419 Greylock Parkway
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−9883

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 18, 2019.

On 07/11/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           August 22, 2019
Time:          08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 12, 2019
JAN: ntp

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-35011-JKS
Gregory A. Antun                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2             Date Rcvd: Jul 12, 2019
                               Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db           +Gregory A. Antun,    419 Greylock Parkway,    Belleville, NJ 07109-2349
cr           +Capital One Auto Finance, a division of Capital On,    P.O. Box 340514,    Tampa, FL 33694-0514
cr           +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
               Suite 1400,    Philadelphia, PA 19103-1814
cr           +Toyota Motor Credit Corporation,    Attn Becket & Lee, LLP,    PO Box 3001 Dept.,
               Malvern, PA 19355-0701
517935077    +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517935078    +FREEDOM MORTGAGE CORP,    10500 KINCAID DR,    FISHERS, IN 46037-9764
518020026    +FREEDOM MORTGAGE CORPORATION,    FREEDOM MORTGAGE,    Bankruptcy Department, 10500 KINCAID DRI,
               FISHERS IN 46037-9764
517935079     GLOBAL PYMT,    PO BOX 61158,    CHICAGO, IL 60666
517935080    +Hayt, Hayt, & Landau, LLC,    2 Industrial Way West,    P.O. Box 500,    Eatontown, NJ 07724-0500
517935081    +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
518039900    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
518342702     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:47     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:44     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2019 00:28:06
               Capital One Finance, a division of Capital One,,    AIS Portfolio Services, LP,
               4515 N. Santa Fe Ave.,    Dept. APS,    Oklahoma City, OK 73118-7901
517935074     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2019 00:27:21     CAPITAL ONE,
               15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517935075    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 13 2019 00:27:30     CAPITAL ONE AUTO FINAN,
               PO BOX 259407,    PLANO, TX 75025-9407
517935076    +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 00:25:07     CAVALRY PORTFOLIO SERV,
               PO BOX 27288,    TEMPE, AZ 85285-7288
517939581    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2019 00:26:38
               Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517950416    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2019 00:28:08
               Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517965416     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2019 00:28:04
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
518002200    +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 00:25:08     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517935082*    +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2                  User: admin                  Page 2 of 2                  Date Rcvd: Jul 12, 2019
                                      Form ID: 185                 Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Gavin   Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
           N.A. gavin@stewartlegalgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Gregory A. Antun rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8