Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−35011−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory A. Antun
   419 Greylock Parkway
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−9883

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 19, 2019
JAN: zlh

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-35011-JKS
Gregory A. Antun                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
```
db            +Gregory A. Antun,   419 Greylock Parkway,   Belleville, NJ 07109-2349
cr            +Capital One Auto Finance, a division of Capital On,   P.O. Box 340514,   Tampa, FL 33694-0514
cr            +FREEDOM MORTGAGE CORPORATION,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,
               Suite 1400,   Philadelphia, PA 19103-1814
517935078     +FREEDOM MORTGAGE CORP,   10500 KINCAID DR,   FISHERS, IN 46037-9764
518020026     +FREEDOM MORTGAGE CORPORATION,   FREEDOM MORTGAGE,   Bankruptcy Department, 10500 KINCAID DRI,
               FISHERS IN 46037-9764
517935079      GLOBAL PYMT,   PO BOX 61158,   CHICAGO, IL 60666
517935080     +Hayt, Hayt, & Landau, LLC,   2 Industrial Way West,   P.O. Box 500,   Eatontown, NJ 07724-0500
518039900     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:58     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: AISACG.COM Nov 20 2019 04:38:00     Capital One Finance, a division of Capital One,,
               AIS Portfolio Services, LP,   4515 N. Santa Fe Ave.,   Dept. APS,
               Oklahoma City, OK 73118-7901
cr            +EDI: BL-TOYOTA.COM Nov 20 2019 04:38:00     Toyota Motor Credit Corporation,
               Attn Becket & Lee, LLP,   PO Box 3001 Dept.,   Malvern, PA 19355-0701
517935074      EDI: CAPITALONE.COM Nov 20 2019 04:38:00     CAPITAL ONE,   15000 CAPITAL ONE DR,
               RICHMOND, VA 23238
517935075     +EDI: CAPONEAUTO.COM Nov 20 2019 04:38:00     CAPITAL ONE AUTO FINAN,   PO BOX 259407,
               PLANO, TX 75025-9407
517935076     +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 00:14:19     CAVALRY PORTFOLIO SERV,
               PO BOX 27288,   TEMPE, AZ 85285-7288
517935077     +EDI: CITICORP.COM Nov 20 2019 04:38:00     CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
517939581     +EDI: AISACG.COM Nov 20 2019 04:38:00     Capital One Auto Finance, a division of,
               AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517950416     +EDI: AISACG.COM Nov 20 2019 04:38:00     Capital One Auto Finance, a division of Capital On,
               P.O. Box 4360,   Houston, TX 77210-4360
517965416      EDI: CAPITALONE.COM Nov 20 2019 04:38:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
518002200     +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 00:14:19     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517935081     +EDI: TFSR.COM Nov 20 2019 04:38:00     TOYOTA MOTOR CREDIT CO,   PO BOX 9786,
               CEDAR RAPIDS, IA 52409-0004
518342702      EDI: BL-TOYOTA.COM Nov 20 2019 04:38:00     Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517935082*    +TOYOTA MOTOR CREDIT CO,   PO BOX 9786,   CEDAR RAPIDS, IA 52409-0004
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                Page 2 of 2           Date Rcvd: Nov 19, 2019
                               Form ID: 148               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Gavin  Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
           N.A. gavin@stewartlegalgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Gregory A. Antun rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```